### 2003–0207. Ft. Frye Teachers Assn. v. State Emp. Relations Bd.

Washington App. Nos. 02CA31 and 02CA32, 2002-Ohio-7219. Discretionary appeal and cross-appeal

allowed.

O'CONNOR, J., dissents.